**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NOEL LUMBO,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC.,<br><br>Defendant. | Case No. |

**NOTICE OF REMOVAL**

Defendant Equifax Information Services, LLC ("Equifax"), by its attorneys, Clark Hill PLC, hereby removes the above-entitled action, originally filed in the Court of Common Pleas of Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania, pursuant to 28 U.S.C. §§ 1441, 1446 and 28 U.S.C. § 1331, and in support thereof, states as follows:

1. Plaintiff Noel Lumbo commenced an action against Equifax in the Court of Common Pleas of Philadelphia County, entitled *Noel Lumbo v. Equifax Information Services LLC*, Case No. 260603246.

2. True and correct copies of Plaintiff's Complaint, together with all process, pleadings, and orders served upon or by Equifax in the state court action, are annexed hereto as **Exhibit A**.

3. A true and correct copy of the complete docket in the state court action is annexed hereto as **Exhibit B**.

4. The Complaint was served on Equifax on August 13, 2026.

5. Equifax has not answered or otherwise responded to the Complaint and its deadline to do so has not expired.

6. This Notice of Removal is timely as it is filed within thirty (30) days of the receipt of the Summons and Complaint by Equifax as required by 28 U.S.C. § 1446(b).

7. Pursuant to 28 U.S.C. § 1331, this Court has jurisdiction over this action because the action is bought under the laws of the United States. Specifically, the Complaint in this action alleges a cause of action which arises under 15 U.S.C. § 1681, *et seq.* (the "Fair Credit Reporting Act").

8. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants to the district court of the United States for the district and division embracing the place where such action is pending."

9. Plaintiff has commenced the subject lawsuit in a state court, and the subject lawsuit is pending at a place within the district and division of this Honorable Court. *See* 28 U.S.C. § 1441(a). Removal is appropriate "to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). Because this action is pending in the Court of Common Pleas of Philadelphia County, venue, for purposes of removal, is proper in this Court pursuant to 28 U.S.C. §§ 1441 and 1446(a).

10. Equifax will promptly file a copy of this Notice of Removal with the Court of Common Pleas of Philadelphia County pursuant to 28 U.S.C. § 1446(d).

11. Equifax submits this Notice of Removal subject to and without waiving any defenses and rights available to it.

WHEREFORE, notice is given that this action is removed from the Court of Common

Pleas of Philadelphia County to the United States District Court for the Eastern District of Pennsylvania.

Dated: September 2, 2026

Respectfully submitted,

**CLARK HILL PLC**

*/s/ Stacy A. Orvetz*
Stacy A. Orvetz, PA ID # 322316
Two Commerce Square
2001 Market St, Suite 2620
Philadelphia, PA 19103
Tel: (215) 864-8072
Fax: (215) 640-8501
sorvetz@clarkhill.com
*Counsel for Defendant,*
*Equifax Information Services LLC*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically on September 2, 2026. Notice of this filing was sent by operation of the Court's electronic filing system. The parties may access this filing through the Court's ECF system. A copy of the foregoing was also served upon the following via electronic mail and U.S. Mail:

Noel Lumbo
5315 N 16th St.
Philadelphia, PA 19141
Pro Se Plaintiff
noknowshouses@gmail.com

*/s/ Stacy A. Orvetz*
Stacy A. Orvetz, Esq.